IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIAM PICKETT,

      Appellant,

                              Case No.  5D22-496
v.                                LT Case No. 2017-CF-003374-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed December 20, 2022

Appeal from the Circuit Court
for Orange County,
Jennifer Harris, Judge.

Matthew J. Metz, Public Defender, and Kathryn
Rollison Radtke, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Roberts J. Bradford, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

SASSO, TRAVER and NARDELLA, JJ., concur.